HENRY J. MELOSH, executor of the estate of William F. Melosh, deceased, complainant-appellant,

*v.*

LOUISE W. MELOSH, individually and as executrix under the last will and testament of William F. Melosh, deceased, defendant-respondent.

[Decided April 25th, 1940.]

*Messrs. Milton, McNulty & Augelli,* for the appellant.

*Messrs. Collins & Corbin,* for the respondent.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the Court of Chancery by Vice-Chancellor Fielder.

*For reversal*—None.